**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 108 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
KATHLEEN GRANAHAN KANE, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of August, 2016, the "Emergency Application for Extraordinary Relief and King's Bench" is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.